**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7604**

MELVIN B. COLEY,

          Plaintiff - Appellant,

    v.

WARDEN,

          Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (8:07-cv-01073-DKC)

Submitted:  June 5, 2008         Decided:  June 26, 2008

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Melvin B. Coley, Appellant Pro Se.  Phillip Michael Pickus, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin B. Coley appeals the district court's order granting the Appellee's Fed. R. Civ. P. 56 motion for summary judgment on Coley's 42 U.S.C. § 1983 (2000) claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Coley v. Warden</u>, No. 8:07-cv-01073-DKC (D. Md. Sep. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>